PROB 18
(REV. 8/2/2010)

# UNITED STATES DISTRICT COURT
## FOR
## EASTERN DISTRICT OF NORTH CAROLINA
### Western    Division

U.S.A. vs. JONES                                                    5:13-MJ-1981

TO: [1]U.S. Marshal or Other Qualified Officer.

---

## WARRANT FOR ARREST

You are hereby commanded to arrest the within-named individual and bring them, forthwith, before United States District Court to answer charges that they have violated the conditions of their supervision imposed by the court

NAME:

SAMUEL JONES, JR.

| SUPERVISION IMPOSED BY: | DATE IMPOSED |
|---|---|
| MAGISTRATE JUDGE WILLIAM A. WEBB | 04/08/2014 |

TO BE BROUGHT BEFORE:

ANY US MAGISTRATE JUDGE

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Julie A. Richards | | 09/30/2014 |

---

### RETURN

| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | 10/01/2014 | 08/09/2019 |

| EXECUTING AGENCY (NAME AND ADDRESS) |
|---|
| USMS - Fayetteville, NC |

| NAME | BY | DATE |
|---|---|---|
| D. Tubman, CI/DUSM | S. Tanner | 08/09/2019 |

[1]Insert designation of officer to whom the warrant is issued, e.g. " any United States Marshal or any other authorized officer;" or "any United States marshal;" or "any Special Agent of the Federal Bureau of Investigation" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit".

FILED

AUG 0 9 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK