UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:13-MJ-1981-1

| United States Of America | ) | **JUDGMENT** |
| vs. | ) | |
| Samuel Jones Jr. | ) | |

On April 8, 2014, Samuel Jones appeared before the Honorable William A. Webb United States Magistrate Judge, in the Eastern District of North Carolina, and upon an earlier plea of guilty to Simple Possession of Marijuana was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on August 12, 2019, the court finds as a fact that Samuel Jones, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to undergo jail placement.
2. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days. The defendant shall receive credit for time served pending revocation.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately. The original fine amount is reduced to $50.00.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 12th day of August, 2019.

James E. Gates
U.S. Magistrate Judge